

# THE THIRTEENTH COURT OF APPEALS

## 13-19-00251-CR

The State of Texas
v.
Leticia Valdez

On Appeal from the
County Court at Law No. 4 of Hidalgo County, Texas
Trial Court Cause No. CR-18-12235-D

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed in part and reversed in part and the cause remanded to the trial court. The Court orders the judgment of the trial court AFFIRMED IN PART and REVERSED IN PART and the cause REMANDED for further proceedings in accordance with its opinion.

We further order this decision certified below for observance.

October 22, 2020